## No. VII.

### REPUBLIC OF TEXAS v. LEWIS GOODWIN.

*Appeal from Bastrop.*

OCHILTREE, JUSTICE.—Goodwin was indicted at the. fall term, 1839, of the District Court of Bastrop County, for knowingly permitting the game of faro, a banking game, to be dealt in his house, contrary to the statute, etc. He was afterwards tried by a jury, who brought in a verdict of guilty.

The indictment and proceedings in the case were certified to this court by the presiding judge, as presenting questions of novelty and doubt.

After a careful investigation of the record, we see nothing which requires our interference, and are of opinion that the judgment of the court below be in all things affirmed.

*Affirmed.*